# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID J. GEORGE, THERESA ANN : No. 102 WM 2016
THOMAS, CAROL LYNN THOMAS, :
NORMAN J. THOMAS, ANNA MARIE :
RHEINGROVER, ALEX C. GEORGE, :
CHARLES T. GEORGE AND JAMES H. :
GEORGE, THE INTESTATE HEIRS OF :
JOHN J. THOMAS, DECEASED, :
:
        Petitioners :
:
:
:
       v. :
:
:
:
HONORABLE JOHN D. MCBRIDE, OF :
THE COURT OF COMMON PLEAS OF :
BEAVER COUNTY, PENNSYLVANIA, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for Leave to file Supplemental Petition are **GRANTED**. The Emergency Petition for Allowance of Appeal in the Nature of a Complaint in Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.